```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0269--CV (RRB)
                   "DANIEL DENARDO V MOA ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/04/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 11/04/04 receipt # 00124455
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | DENARDO, DANIEL | Daniel DeNardo<br>Pro Per<br>POB 100682<br>Anchorage, AK 99510<br>907-263-8148 |
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Robert P. Owens<br>Municipal Attorney's Office<br>POB 196650<br>Anchorage, AK 99519-6650<br>907-343-4545<br>FAX 907-343-4550 |
| DEF 2.1 | WINBORG, CHIRLEY | Robert P. Owens<br>(see above) |
| DEF 3.1 | DAVIS, GIL | Robert P. Owens<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0269--CV (RRB)
                   "DANIEL DENARDO V MOA ET AL"

                        For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/04/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 11/04/04 receipt # 00124455
          Trial by: Jury


Document #   Filed      Docket text

    1 -  1   11/04/04   DEF 1-3 Notice of Removal from Superior Court 3AN-04-12007CI.

    2 -  1   11/04/04   DEF 1-3 Notice to adverse parties of filing of notice removal.

    3 -  1   11/04/04   DEF 1-3 Notice of filing and designation of state ocurt proceeding
                        records w/att exhs.

    3 -  2   11/04/04   PLF 1 Jury Demand.

    4 -  1   11/04/04   DEF 1-3 Service List.

    5 -  1   11/04/04   RRB Minute Order to Petition Subsequent to Removal.  Petitioner to file
                        w/i 10 days of state court proceedings & svc list. cc: cnsl

    6 -  1   11/09/04   DEF 1-3 Notice of compliance.

    7 -  1   11/15/04   PLF 1 motion to remand.

    7 -  2   11/15/04   PLF 1 Notice of amended complaint.

    8 -  1   11/15/04   PLF 1 Complaint (Amended).

    8 -  2   11/15/04   PLF 1 Jury Demand.

    9 -  1   11/15/04   PLF 1 Request for Oral Argument re: PLF 1 motion to remand (7-1).

   10 -  1   11/15/04   PLF 1 Certificate of service of dkts 7, 8 & 9.

   11 -  1   11/16/04   DEF 1-3 Answer to Complaint.

   12 -  1   11/23/04   DEF 1-3 opposition to PLF 1 motion to remand (7-1).

   13 -  1   12/07/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   14 -  1   12/14/04   RRB Minute Order denying motion to remand (7-1).  Plf's request for oral
                        argument is denied as moot. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0269--CV (RRB)
                              "DANIEL DENARDO V MOA ET AL"

                                  For all filing dates


Document #    Filed       Docket text

   15 -  1   01/05/05    DEF 1-3 Notice of compliance.

   16 -  1   01/05/05    DEF 1-3 Scheduling and Planning Report.

   17 -  1   01/07/05    RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 08/31/05; Dispositive motions deadline 09/30/05; Estimate of
                         trial 2 days. cc: cnsl

   18 -  1   01/31/05    DEF 1-3 Preliminary Witness List.

   19 -  1   10/13/05    RRB Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

   20 -  1   10/24/05    DEF 1-3 Attorney Substitution of R. Owens for M. Ertischek.

   21 -  1   10/28/05    DEF 1-3 opposition to unspecified tracking items (Writ of Mandamus).

   22 -  1   11/04/05    RRB Minute Order the court called upon parties in a minute order
                         10/13/05 to report on the readiness for trial.  No report has been
                         filed.  Parties to file the required report w/in 15 days.  cc: cnsl

   23 -  1   11/21/05    PLF 1 motion for stay of proceedings pending decision on 9th Circuit
                         writ of mandamus & resolution of appeal in US Court of Appeals (DC).

   24 -  1   11/21/05    DEF 1-3 non-opposition to PLF 1 motion for stay of proceedings pending
                         decision on 9th Circuit writ of mandamus & resolution of appeal in US
                         Court of Appeals (DC) (23-1).

   25 -  1   11/28/05    RRB Minute Order granting mot for stay of proceedings pending decision
                         on 9th Circuit writ of mandamus (23-1). cc: cnsl, Appeals Clk
```