FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3: 05

Robert P. Owens
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage
APD Badge #1503, Shirley Winborg
APD Bade # 1075, Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL DENARDO | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, APD Badge #1503, SHIRLEY WINBORG, and APD Badge #1075, GIL DAVIS, | ) ) ) ) |
| Defendants. | ) ) |

U. S. District Court Case No. A04-0269 CI (RRB)

**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Daniel DeNardo and defendants Municipality of Anchorage, Shirley Winborg and Gil Davis, through their respective attorneys of record, hereby stipulate and agree to dismiss plaintiff's claims against defendants Municipality of Anchorage, Shirley Winborg and Gil Davis, with prejudice, with each of the parties to carry their own costs and fees. Pursuant to Fed. R. Civ. P. 41(a)(1)[ii], this stipulation and notice of dismissal operates to dismiss this action without an order of the court.

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

26

Dated this 6th day of December, 2005.

                    FREDERICK H. BONESS
                    Municipal Attorney

                    By: _____
                        Robert P. Owens
                        Assistant Municipal Attorney
                        Alaska Bar No. 8406043

Dated this ___ day of December, 2005.

                    DANIEL DENARDO
                    Pro Se Plaintiff

                    By: _____
                        Daniel DeNardo

**FILED**

DEC 08 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By____PD____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-8-05 By: _____
                                Deputy Clerk

PD 12-8-05

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE
Page 2 of 2