**FILED**
DEC 14 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

DANIEL DeNARDO   v.   MUNICIPALITY OF ANCHORAGE, et al.

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                              CASE NO.  A04-0269 CV (RRB)

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 13, 2005

On October 25, 2005, Daniel DeNardo filed a motion for writ of mandamus with the Court of Appeals for the Ninth Circuit, which was sent by the Ninth Circuit to this Court on November 21, 2005.[1]

The Court of Appeals has, apparently, declined to accept Mr. DeNardo's motion and, therefore, the stay in this case will be lifted unless and until such time as Mr. DeNardo can show that the Ninth Circuit has accepted his motion, and/or that he has a current case pending in the U.S. Court of Appeals for the District of Columbia, which directly effects this case.

IT IS SO ORDERED.

---

[1] See lodged motion for writ of mandamus and motion to file mandamus at public expense.

[denardo stay lift.wpd]{IA.WPD*Rev.12/96}

27