IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| DANIEL DENARDO,<br><br>      Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, APD<br>BADGE #1503, SHIRLEY WINBORG,<br>and APD BADGE #1075, GIL<br>DAVIS,<br><br>      Defendants. | Case No. 3:04-CV-0269-RRB<br><br><br><br>**ORDER RE READINESS FOR TRIAL** |

It appears that the Scheduling and Planning Order deadlines for this case have passed and that it should be ready for trial.  The Court is ready to schedule a final pretrial conference and trial and will do so when the parties have complied with the following.

(1)  Plaintiff and counsel for Defendants shall consult and jointly certify that:

(a)  discovery is complete;

(b)  there are no outstanding procedural or legal issues which are appropriate for resolution by motion; and

(c) settlement has been seriously explored and is deemed to be remote. The Court will arrange a settlement conference with another judge upon request.

(2) The parties shall suggest at least two alternate trial dates, at least one of which shall be approximately six months from the date of this order.

If the parties are not able to so certify, counsel for Defendants shall report to the court by the close of business on **February 17, 2006**, what remains to be accomplished and when outstanding matters will be attended to. In lieu of such report, the parties may request a status conference with the Court.

ENTERED this 27th day of January, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE