Robert P. Owens
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
APD Badge #1503, Shirley Winborg
APD Badge # 1075, Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL DENARDO | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| APD Badge #1503, SHIRLEY WINBORG, and | ) |
| APD Badge #1075, GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U. S. District Court Case No. A04-0269 CI (RRB)

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Municipality of Anchorage, APD Officer Winborg, and APD Officer Davis, hereby move this court for an order dismissing plaintiff's claims on the basis that there is no genuine issue as to any material fact that defendants are shielded from plaintiff's claims by the doctrine of qualified immunity.

This motion is filed pursuant to Rule 56, Fed.R.Civ.P., and is supported by a memorandum of points and authorities and the declarations of defendants Winborg and Davis, filed herewith.

Respectfully submitted this 15th day of February, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:    s/ Robert P. Owens_____

Robert P. Owens
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
(907) 343-4550
uslit@muni.org
Alaska Bar No. 8406043

The undersigned hereby certifies that on Feb. 15, 2006
a true and correct copy of the Defendants'
Motion for Summary Judgment was served on:

- Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510

by first class regular mail, if noted above, or by electronic
means throught the ECF system as indicated on the Notice
of Electronic Filing

s/ Elaine Loew_____