Robert P. Owens
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
uslit@muni.org

Attorney for Defendants
Municipality of Anchorage
APD Badge #1503, Shirley Winborg
APD Badge # 1075, Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DANIEL DENARDO | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| APD Badge #1503, SHIRLEY WINBORG, and | ) |
| APD Badge #1075, GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U. S. District Court Case No. A04-0269 CI (RRB)

**REQUEST FOR STATUS CONFERENCE**

Consistent with this Court's Order re Readiness for Trial dated January 27, 2006 (Docket 33), the parties met and conferred on February 16, 2006 and hereby request a status conference with the Court.

Plaintiff also expressed concern about obtaining access to the Court for purposes of attending the status conference and trial.

Respectfully submitted this 16th day of February, 2006.

               FREDERICK H. BONESS
               Municipal Attorney

           By: s/ Robert P. Owens_____

               Robert P. Owens
               Assistant Municipal Attorney
               Municipal Attorney's Office
               P.O. Box 196650
               Anchorage, Alaska 99519-6650
               (907) 343-4545
               (907) 343-4550
               uslit@muni.org
               Alaska Bar No. 8406043

The undersigned hereby certifies that on Feb. 16, 2006 a
true and correct copy of the
Request for Status Conference was served on:

Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510

by first class regular mail, if noted above, or by electronic
means throught the ECF system as indicated on the Notice
of Electronic Filing
/s Elaine Loew_____