UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DANIEL DeNARDO   v.   MUNICIPALITY OF ANCHORAGE, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                              CASE NO.  3:04-cv-00269-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 22, 2006

In response to this Court's Order to Certify Readiness for Trial at Docket 33, parties filed a Joint request for Status Conference at Docket 38.  That request will be considered after defendant's Motion for Summary Judgment at Docket 34 is resolved.

[]{IA.WPD*Rev.12/96}