Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 907-751-4803

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 1 9 2006

FILED_____
DOCKETED_____
       DATE        INITIAL

IN THE NINTH CIRCUIT COURT OF APPEALS

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Daniel DeNardo                    Appeal Case:

   Appellant,,

      vs.

Municipality of Anchorage,
Chirley Winborg,
Gil Davis,

   Appellees.
_____   Case No. A04-0269 CV

### Notice of Appeal

Appellant appeals from the district court decision entered 24 March 2006, *TO THE 9TH CIRCUIT APPEALS COURT.*

Appellant is entitled to redress because the federal courts did not have jurisdiction over an exclusively state cause of action.

The issues are the lack of federal jurisdiction under the removal statutes.

Dated 13 April 2006.

*Daniel DeNardo*

Daniel DeNardo