RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL DENARDO,<br><br>    Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, APD BADGE #1503, SHIRLEY WINBORG, and APD BADGE #1075, GIL DAVIS,<br><br>    Defendants. | Case No. 3:04-CV-0269-RRB<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

    Before the Court at Docket 34 is Defendants' unopposed Motion for Summary Judgment. For the reasons set forth in Defendant's Memorandum in Support at Docket 35, and because Defendants are immune from prosecution under the facts presented, Defendants' Motion for Summary Judgment is hereby **GRANTED**. Plaintiff's lawsuit is **DISMISSED** in its entirety.

    ENTERED this 24th day of March, 2006.

                    /s/ RALPH R. BEISTLINE
                    UNITED STATES DISTRICT JUDGE

4/22/06

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT