Daniel DeNardo
P.O. Box 100682
Anchorage, Alaska 99510
Tele. 907-751-4803

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 19 2006

FILED_____
DOCKETED_____
           DATE    INITIAL

IN THE NINTH CIRCUIT COURT OF APPEALS

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Daniel DeNardo            Appeal Case:

    Appellant,,

    vs.

Municipality of Anchorage,
Chirley Winborg,
Gil Davis,

    Appellees.

Case No. A04-0269 CV

### Motion To Proceed In Forma Pauperis

Appellant motions to proceed in forma pauperis based on the attached affidavit. Appellant is prohibited from entering the federal district court building so he must file this motion in the Court of Appeals.

Appellant is entitled to redress because the federal courts did not have jurisdiction over an exclusively state cause of action.

The issues are the lack of federal jurisdiction under the removal statutes.

Dated 13 April 2006.

_Daniel DeNardo_ ___ Daniel DeNardo