Name: DANIEL DENARDO
Mailing Address, Zip: P.O. Box 100682
ANCHORAGE, ALASKA 99510
Telephone: 907-751-4803

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

DANIEL DENARDO,
Plaintiff,

vs.

MUNICIPALITY OF ANCHORAGE
CHIRLEY WINBORG
GIL DAVIS
Defendant(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS

A04-0269 CV

CASE NO. _____
(To be supplied by the Court)

I, DANIEL DENARDO, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is CIVIL APPEAL, and I believe I am entitled to the relief I am requesting. I acknowledge and consent that a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☒ No  (If "Yes" USE PRISONER FORM)

2. Marital status: ☒ Single  ☐ Married  ☐ Divorced  ☐ Separated

   a. If separated or divorced, do you pay any support or any form of maintenance?
      ☐ Yes   ☐ No
      If yes, state monthly amount: _____

   b. Dependants:  ☐ Spouse  ☐ Children # ____  ☐ Others # ____

   The names and ages of my children are:
   Name: NONE                                Age: ____
   Name: _____              Age: ____
   Name: _____              Age: ____
   Name: _____              Age: ____

3. Are you currently employed?   ☐ Yes   ☒ No

   a. **If the answer is "Yes,"** provide the following information:

      Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

      Employer's name, address & telephone: _____

      _____

      Nature of employment: _____

      How long employed by present employer: _____

      Your Social Security Number: _____

   b. **If you are not presently employed, provide the following information:**

      Date of last employment: _8_/_20_/_2005_ (month/day/year)

      Former employer's name, address & telephone: PERFORMANCE RADIATOR 1002 AIRPORT WAY SOUTH, SEATTLE, WASHINGTON 98134

      Gross: $2,000.00 Net: $_____ salary/wages per ☒ month ☐ week (chose one)

      Nature of employment: SALES

      Your Social Security Number: _____

4. Is your spouse employed?   ☐ Yes   ☐ No   N/A

   **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: _____

   _____

   Nature of employment: _____

   How long employed by present employer: _____

5. Are you receiving public assistance or unemployment benefits?   ☐ Yes   ☒ No

   a. I have been on ☐ public assistance and/or have received ☐ unemployment benefits

      since: ___/___/___ (month/day/year).

   b. I am receiving $_____ ☐ monthly / ☐ weekly for myself and my household

      of _____ (number).

6.  In the past twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or worker's compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe each source and state the amount and when received **and** what you expect you will continue to receive. Attach additional sheets if necessary.

    *RECEIVED UNEMPLOYMENT OF $248.00/WK UNTIL 20 FEBRUARY 2006*

7.  List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s): _____

    *I DO NOT RECEIVE DIVIDEND*

8.  Do you have **any** cash?  ☒ Yes   ☐ No

    State the total amount and location(s): *$28.00*

9.  Do you have any checking account(s)?   ☐ Yes   ☒ No

    a.  Name(s) and address(es) of bank(s): _____

    b.  Present balance(s) in account(s): _____

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
    ☐ Yes    ☒ No

    a.  Name(s) and address(es) of bank(s): _____

    b.  Present balance(s) in account(s): _____

11. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No

   a. Make: _____  Year: _____  Model: _____

   b. What is its current value?  $_____

   c. Is it financed?  ☐ Yes  ☐ No

   d. If so, what is the amount owed?  $_____

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?  ☐ Yes  ☒ No

If "Yes," describe the property and state its value: _____

13. Do you have any other assets or personal property other than clothing?  ☒ Yes  ☐ No

If "Yes," list the asset(s) and state the value of each asset listed: _____

T.V. : $50,00

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?  ☐ Yes  ☒ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: _____

### DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: _14 April 2006_     _/s/ Daniel DeMarko_
              DATE                    SIGNATURE OF APPLICANT