_Daniel DeNardo_
(Name)
_P.O. Box 100682_
(Address)
_Anchorage Alaska 99510_
(City, State, Zip)
Telephone: _751-4803_

RECEIVED

JUL 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

_Daniel DeNardo_        )
                        )   Case No. _3.04-CV-00269_
        Plaintiff       )
                        )
    vs                  )
                        )   APPLICATION TO WAIVE
_Municipality of Anchorage_ )   FILING FEE
_Shirley Winborg,_      )   (Non-Prisoner)
_Gil Davis_             )
                        )
        Defendant(s)    )
_____)

I, _Daniel DeNardo_, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is: _Appeal – District Court Without Jurisdiction_ and I believe I am entitled to the relief I am requesting. I agree that if I am granted this application to waive the filing fee in this case, a portion of my recovery, as directed by the court will be paid to the Clerk of the Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I make the following statement under penalty of perjury.

1.   I am not presently incarcerated. [**If incarcerated, use the "Prisoner Form"**]

2.   Marital Status: Single ☒    Married ☐    Divorced ☐    Separated ☐
   a.   Do you pay alimony or support?    Yes ☐    No ☒
        Do you receive alimony or support?    Yes ☐    No ☒
   .    If either answered yes, state the amount paid or received monthly: _____
   b.   Dependents:    Spouse ☐    Children ___ (number)    Other ___ (number)
        The names [for minor children use initials only] and ages of my dependent children are:
        _____ NA _____ Age ___
        _____ Age ___
        _____ Age ___
        _____ Age ___
        Name [for minor child use initials only], age, relationship and basis of dependency of dependent other than child or spouse
        _____ Age ___ Relationship _____
        Basis of dependency: _____

3.   Are you presently employed?    Yes ☐    No ☒
   a.   If yes, what is your    Gross Income _____    Net Income _____
        Weekly ☐    Bi-Weekly ☐    Semi-Monthly ☐    Monthly ☐    (Check One)
        Employer: _____
                                    (Name)
        Address _____ Telephone _____
                     (Street, City, State)
        Nature of              Part Time ☐    Full Time ☐    Temporary ☐    Seasonal ☐
        Length of employment _____
   b.   If no, date of last employment *22 AUGUST 2005*
        Former Employer *PERFORMANCE RADIATOR*
                                             (Name)
        Address *1002 AIRPORT WAY SOUTH SEATTLE* Telephone _____
                     (Street, City, State)
        What was your    Gross Income *$2,000/MO*    Net Income _____
        Weekly ☐    Bi-Weekly ☐    Semi-Monthly ☒    Monthly ☐    (Check One)
        Nature of              Part Time ☐    Full Time ☐    Temporary ☒    Seasonal ☐
        Length of employment *2½ YRS*

4. Is your spouse employed? Yes ☐ No ☐

If yes, what is his/her: Gross Income _N/A_ Net Income _____

Weekly ☐ Bi-Weekly ☐ Semi-Monthly ☐ Monthly ☐ (Check One)

Employer: _____
(Name)

Address _____ Telephone _____
(Street, City, State)

Nature of Employment: Part Time ☐ Full Time ☐ Temporary ☐ Seasonal ☐

Length of employment _____

5. Do you receive public assistance or unemployment benefits? Yes ☐ No ☒

(If yes, provide the following information)

a. I have been on public assistance ☐ and/or received unemployment benefits ☒

since _AUGUST 2005 - FEBRUARY 2006: $248.00/WK._
(Month/Day/Year)

b. I am receiving _____ for myself and a household of ____ (number)

Weekly ☐ Bi-Weekly ☐ Semi-Monthly ☐ Monthly ☐ (Check One)

6. In the past 12 months have you received money from any of the following sources?

a. Business, profession or self-employment  Yes ☐ No ☒

If yes, state amount received _____

Do you expect to receive any future income from this source? Yes ☐ No ☒

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

b. Rental, interest or dividends (not PFD)  Yes ☐ No ☒

If yes, state amount received _____

Do you expect to receive any future income from this source? Yes ☐ No ☒

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

c. Pension, annuity or life insurance payments  Yes ☐ No ☒

If yes, state amount received _____

Do you expect to receive any future income from this source? Yes ☐ No ☒

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

d. SSI, Disability or worker's compensation   Yes ☐  No ☒

If yes, state amount received _____

Do you expect to receive any future income from this source?   Yes ☐  No ☒

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

e. Gift or inheritance   Yes ☐  No ☒

If yes, state amount received _____

Do you expect to receive any future gift or inheritance?   Yes ☐  No ☒

If yes, state the amount you expect to receive and when it is expected to be received.

Amount: _____ Expected Receipt: _____

7. List all members of your household who have received the Alaska PFD in the past year.

   *Do Not Receive*

8. State the amount of cash (coin and currency) you have   $37.00

9. Do you have a checking account?  Yes ☐  No ☒

   If yes, current balance _____ Account No. _____

   Bank: _____
   (Name and Branch)

   _____
   (Street, City, State)

10. Do you have an IRA, CD, savings or money market account?   Yes ☐  No ☒

    If yes, current balance _____ Account No. _____

USDC. ALASKA
PS11 (12/05)                    Page 4 of 6                    WAIVER OF FEE (NP)

Financial Institution: _____
(Name and Branch)

_____
(Street, City, State)

11. Do you own an automobile or other motor vehicle?  Yes ☐ No ☒
   a. Make: _____ Year _____ Model _____
   b. Current Value _____
   c. Is it financed?  Yes ☐ No ☐  Balance owed: _____

12. Do you own any real property?  Yes ☐ No ☒
   a. If yes, describe _____
   _____
   _____
   _____
   b. Current Value _____
   c. Is it financed?  Yes ☐ No ☐  Balance owed: _____

13. Do you own any stocks, bonds, securities, financial instruments?  Yes ☐ No ☒
   a. If yes, describe _____
   _____
   b. Current Value _____

14. Do you own any other personal property?  Yes ☒ No ☐
   (If yes list each asset or item of property and give the value of each)
   a. T.V. _____ Value $35.00
   b. _____ Value _____
   c. _____ Value _____
   d. _____ Value _____
   e. _____ Value _____
   f. _____ Value _____
   g. _____ Value _____

15. Have you transferred, given away, or placed any property in the name of any other person during the past two years?    Yes ☐  No ☒    (If yes provide details)

   a. Property _____

   _____

   b. Value _____ Transferred to _____

   c. Reason: _____

   _____

### Declaration Under Penalty of Perjury

I hereby declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Dated: *1 JULY 2006*

*Daniel DiNardo*
Signature of Applicant