IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL DeNARDO,<br><br>  Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, et al.,<br><br>  Defendants. | Case No. 3:04-cv-00269-RRB<br><br>ORDER GRANTING APPLICATION TO WAIVE <u>THE FILING FEE ON APPEAL</u> |

Daniel DeNardo, representing himself, has filed a notice of appeal, and an amended application to waive the filing fee on appeal.[1] Because the appeal appears to be taken in good faith under 28 U.S.C. § 1915(a)(3),[2] and Mr. DeNardo's amended application shows that he cannot afford to pay the appellate filing fee, his application will be granted.

---

[1] *See* Docket Nos. 41, 44.

[2] *See Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) ("If at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole.").

**IT IS HEREBY ORDERED** that:

Mr. DeNardo's amended application to waive the filing fee on appeal, at docket number 44, is GRANTED.

DATED this 27th day of July, 2006, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE
United States District Judge